UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1225 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEBRA K. JOHNSON,<br>Defendant. | ORDER TO VACATE BENCH WARRANT |

This matter came before the Court prior to defendant's arrest on a bench warrant for failure to appear at a court ordered debtor's examination. Defendant is deceased, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 12 day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

APR 13 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK